151 A.3d 94

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WARREN GROOMES, DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002171-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 95

JOSHUA BENNETT, PLAINTIFF-PETITIONER, v. STEVEN M. GABOR, ESQ., DEFENDANT-RESPONDENT.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003382-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.